IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 204

| RDLG, LLC, | ) | |
|---|---|---|
| Plaintiffs | ) | |
| V | ) | ORDER |
| RPM GROUP, LLC, et al, | ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Seth A. Neyhart's Application for Admission to Practice *Pro Hac Vice* of Terri Beuerlein Lankford. It appearing that Terri Beuerlein Lankford is a member in good standing with the Tennessee Bar and will be appearing with Seth a. Neyhart, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Seth A. Neyhart's Application for Admission to Practice *Pro Hac Vice* (#76) of Terri Beuerlein Lankford is **GRANTED**, and that Terri Beuerlein Lankford is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Seth A. Neyhart.

Signed: May 4, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge