# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv204

| | |
|---|---|
| **RDLG, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | |
| ) | |
| **RPM GROUP, LLC; RPM GROUP** ) | **ORDER** |
| **BROKERAGE, LLC; FRED M.** ) | |
| **LEONARD, III; JESSICA LEWIS** ) | |
| **LEONARD; JASON BENTON;** ) | |
| **NICK JAMES; and DEXTER** ) | |
| **HUBBARD,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned after a review of the pleadings in this matter by the Court in preparation for the trial setting of this matter as the first case for trial during the October 15, 2012 session of court in Asheville, North Carolina. A pretrial conference will be held in this case on October 3, 2012 at 9:30 a.m. and shall be in accordance with the Pretrial Order and Case Management Plan entered in this matter and more particularly the section of the Pretrial Order entitled "V - TRIAL PROCEDURES". Counsel for plaintiffs and defendants RPM Group, LLC, RPM Group Brokerage, LLC and Fred M. Leonard, III are required to be

-1-

present. Also required to be present are the pro se defendants, Jessica Lewis-Leonard and Jason Benton. Both the represented parties and the pro se parties are directed to review the Pretrial Order and Case Management Plan and particularly review the portion of the Pretrial Order and Case Management Plan entitled "V-TRIAL PROCEDURES". The parties are further directed to be in compliance with all provisions of the Pretrial Order and Case Management Plan as of the date and time of the pretrial conference.

Signed: September 6, 2012

_____
Dennis L. Howell
United States Magistrate Judge