IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case Number 1:10-cv-204

| RDLG, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v.          Vs. | ) | ENTRY OF DEFAULT |
| | ) | JUDGMENT |
| | ) | |
| RPM GROUP, LLC; RPM GROUP BROKERAGE, LLC; FRED M. LEONARD, III, | ) | |
| Defendants. | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default judgment by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the Court's Order filed October 24, 2012, against RPM GROUP, LLC; RPM GROUP BROKERAGE, LLC and FRED M. LEONARD, III.

IT APPEARING TO THE COURT that the named Defendants RPM GROUP, LLC; RPM GROUP BROKERAGE, LLC; FRED M. LEONARD, III. are in default for failing to comply with the Orders of this Court and their conduct in undermining these proceedings, and for the reasons stated at the hearing.

NOW THEREFORE, default judgment is hereby entered against Defendants RPM GROUP, LLC; RPM GROUP BROKERAGE, LLC and FRED M. LEONARD, III.

Signed: October 24, 2012

Frank G. Johns, Clerk
United States District Court