# United States District Court
## For The Western District of North Carolina
## Asheville Division

RDLG, LLC,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

vs.                                         1:10-CV-204

RPM GROUP, LLC and RPM
GROUP BROKERAGE, LLC,

        Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered against Defendants RPM Group Brokerage, LLC, and RPM Group LLC in accordance with the Court's October 24, 2012 Order.

Signed: October 24, 2012

Frank G. Johns, Clerk
United States District Court