IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 204

| | |
|---|---|
| RDLG, LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) **ORDER** |
| v | ) |
| | ) |
| RPM GROUP, LLC; RPM GROUP | ) |
| BROKERAGE, LLC; FRED M. | ) |
| LEONARD, III a/k/a CHIP LEONARD; | ) |
| JESSICA LEWIS LEONARD; JASON | ) |
| BENTON; NICK JAMES; and DEXTER | ) |
| HUBBARD, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the undersigned after a review of the pleadings and also after a review of the joint submission of the Plaintiff and Defendants (#130) in this matter. Based upon such review, the undersigned will set this matter on for trial during the January 12, 2015 through January 30, 2015 jury session.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that this matter be placed on the calendar for trial during the **January 12, 2015 through January 30, 2015** session of Court for the United States District Court for the Western District of North Carolina.

1

Signed: September 15, 2014

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge