**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv204**

| | | |
|---|---|---|
| **RDLG, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **RPM GROUP, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

A jury trial on damages is currently scheduled for this case beginning January 12, 2015. The Court **DIRECTS** the parties to appear for a pretrial conference on Friday, December 5, 2014, at 10:00 a.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. Any motions in limine shall be filed by November 24, 2014, and any responses are due by December 2, 2014. The parties shall file proposed jury instructions by December 3, 2014. The parties shall exchange exhibit lists by December 3, 2014. The parties shall file their witness lists with the Court by December 3, 2014. The parties shall provide the Court with an exhibit notebook containing each side's proposed exhibits by December 3, 2014.

Signed: November 10, 2014

Dennis L. Howell
United States Magistrate Judge