# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv204

| | |
|---|---|
| RDLG, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RPM GROUP, LLC, et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

Pending before the Court is the Motion in Limine [# 139]. Defendant Fred Leonard ("Defendant") moves to exclude any evidence related to any claim other than the fraudulent misrepresentation claim contained in Count Two of the Complaint. On December 5, 2014, the Court held the Final Pretrial Conference in this matter and had oral argument as to the pending Motions in Limine. Upon a review of the record and the parties' pleadings, and after the benefit of oral argument, the Court **GRANTS in part** and **DENIES in part** the motion [# 139]. The Court will provide the Jury with a redacted copy of the Plaintiff's Amended Complaint. The Court will redact paragraphs 61-65 and 72-85. The Court, however, will not redact any of the factual allegations contained in the Amended Complaint. Count Two specifically incorporates all the factual allegations into the

-1-

claim, and Defendant has admitted to each of the factual allegations by virtue of the Court's prior Orders. The Court will instruct the Jury that Defendant has admitted to all the factual allegations in the Amended Complaint and it is up to them to determine only the amount, if any, of damages sustained by Plaintiff in this case.

Signed: January 5, 2015

_____
Dennis L. Howell
United States Magistrate Judge