# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv204

| | |
|---|---|
| RDLG, LLC, ) ) Plaintiff, ) ) v. ) ) RPM GROUP, LLC, et al., ) ) Defendants. ) _____ ) | ORDER |

Pending before the Court is the Motion in Limine [# 143]. On December 5, 2014, the Court held the Final Pretrial Conference in this matter and heard oral argument as to the pending Motions in Limine. At the Final Pretrial Conference, counsel for Plaintiff expressed no opposition to allowing Defendant's motion. Accordingly, the Court **GRANTS** the motion [# 143].

Signed: January 5, 2015

Dennis L. Howell
United States Magistrate Judge

-1-