IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 204

| | |
|---|---|
| RDLG, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v ) | **JUDGMENT** |
| ) | |
| RPM GROUP, LLC; RPM GROUP ) | |
| BROKERAGE, LLC; FRED M. ) | |
| LEONARD, Jr. a/k/a CHIP LEONARD; ) | |
| JESSICA LEWIS LEONARD; JASON ) | |
| BENTON; NICK JAMES; and DEXTER ) | |
| HUBBARD, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** having come before the Court in accordance with 28 U.S.C. § 636(c), and the issue having been submitted to and tried by a jury, and the Verdict of the jury having been duly recorded and entered upon the record,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** in accordance with such Verdict that the Plaintiff RDLG, LLC have and recover of the Defendant Fred M. Leonard, Jr. a/k/a Chip Leonard, the sum of $500,580.36, with interest thereon accruing at the rate provided by law, and its costs of this action as may be determined by the Clerk of this Court.

Signed: January 14, 2015

Dennis L. Howell
United States Magistrate Judge