IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv204

| | |
|---|---|
| RDLG, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RPM GROUP, LLC, et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

Pending before the Court are the Motion to Compel [# 192], Motion for Charging Order [# 184], Motion for Leave to Register Judgment [# 182], and Motion for Writ of Execution [# 180]. Defendant, however, has filed a Notice of Appeal with the United States Court of Appeals for the Fourth Circuit. Accordingly, the Court **DIRECTS** the parties to file briefs, not to exceed five (5) pages, addressing whether the filing of the Notice of Appeal deprived this Court of jurisdiction to address the pending motions at this time. The parties shall have until June 10, 2015, to file their briefs.

Signed: May 27, 2015

Dennis L. Howell
United States Magistrate Judge

-1-